**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Case No. 06-CR-20411-DT

D-1 - RUDOLPH DALRON WILLIAMS,
D-2 - FRANK PIERCE,
D-3 - DARRYL PIERCE,
D-4 - DERRICK YOUNG,
D-5 - CLARENCE JACKSON,

      Defendants.
                                            /

**ORDER SETTING DEADLINES**

On December 12, 2006, the court conducted a status conference in the above-captioned matter. As discussed during the conference, this is principally an open file case, and the Government has agreed to provide to the Defendants all the information currently in its possession other than grand jury materials and except as provided by the Jenks Act, 18 U.S.C. § 3500. Discovery will include the Government circulating to all Defendants copies of written and oral statements provided to the Government by Defendants Rudolph Williams, Darryl Pierce and Derrick Young. Per the objections of counsel on behalf of Frank Pierce and Clarence Jackson, the court will allow counsel to discuss with their respective clients their final position on this issue. The Government will be at liberty to circulate the oral and written statements of both Defendant Jackson and Frank Pierce, unless they file a motion within two weeks from the date of this order, setting forth the legal basis for their objections to disclosure.

Furthermore, as discussed during the conference, the court is imposing a schedule for Defendants' submission of their proposed budget. All Defendants are to submit to the court their *ex parte* proposed budgets on or before Friday, February 16, 2007. As the court has previously indicated, the court prefers to consider all of the proposed budgets together, and will endeavor to make its decision regarding initial approval as soon as practicable after receipt. Accordingly,

IT IS ORDERED that the Government circulate the oral and written statements of Defendants Rudolph Williams, Darryl Pierce and Derrick Young. The Government will also circulate the oral and written statements of Defendants Frank Pierce and Clarence Jackson unless Frank Pierce or Jackson (or both) have filed a motion setting forth the legal basis for their objections within **fourteen days** of the date of this order.

IT IS FURTHER ORDERED that Defendants submit to the court their *ex parte* proposed budgets on or before **Friday, February 16, 2007**.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2006, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522