**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 06-CR-20411-DT

D-1 - RUDOLPH DALRON WILLIAMS,
D-2 - FRANK PIERCE,
D-3 - DARRYL PIERCE,
D-4 - DERRICK YOUNG,
D-5 - CLARENCE JACKSON,

    Defendants.
                                            /

## SCHEDULING ORDER

On February 26, 2008, the court conducted a status conference in the above-captioned matter. During the conference, government counsel agreed that it was necessary to schedule for each Defendant a hearing with the United States Attorney in Detroit and committed to coordinate the calendars of the United States attorney and the various defense attorneys so that the conferences can be completed on or before mid-June. Following these hearings, the government agreed to urge the Department of Justice to review the recommendation(s) emerging from these conferences before the court's next status conference, such review anticipated to be within about 60 days following the last of the local United States Attorney conferences. Accordingly,

IT IS ORDERED that the parties employ their best efforts to conclude Defendants' hearings with the United States Attorney's office on or before **June 16, 2008**. If at any time counsel anticipate problems in meeting this deadline, counsel are directed to notify the court immediately.

IT IS FURTHER ORDERED that, following the hearing, the government shall promptly make its recommendation to the Department of Justice and employ its best efforts to request review completion before the next status conference, which is to be held on **September 25, 2008 at 2:00 p.m.**

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: February 28, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2008, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522