**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 06-CR-20411-DT

D-1 - RUDOLPH DALRON WILLIAMS,
D-2 - FRANK PIERCE,
D-3 - DARRYL PIERCE,
D-4 - DERRICK YOUNG,
D-5 - CLARENCE JACKSON,

    Defendants.
                                        /

**ORDER APPROVING DISTRIBUTION OF THE GOVERNMENT'S SECOND
REDACTED VERSION OF DEFENDANT RUDOLPH WILLIAMS'S
POST-ARREST STATEMENT**

On March 12, 2008, the court conducted a sealed, on-the-record *ex parte* conference with government counsel regarding a post-arrest statement provided to the police by Defendant Rudolph Williams.[1] During this conference, government counsel accepted the court's recommendation that the government disclose one additional paragraph of Williams's statement to all interested defense counsel, so long as the names of individuals mentioned in that paragraph remain redacted.[2] Accordingly,

---

[1] During the February 26, 2008 telephone status conference, Defendants' attorneys expressed concern regarding the redacted portions of Williams's statement and agreed to have the court discuss with government counsel the rationale behind some of his redactions in a sealed, on-the-record *ex parte* conference.

[2] Government counsel also indicated his willingness to disclose the names of the individuals mentioned in that paragraph at a later date.

IT IS ORDERED that the court APPROVES the distribution to all interested defense counsel the second redacted version of Williams's post-arrest statement.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: March 17, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 17, 2008, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522