UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 06-CR-20411

RUDOLPH DALRON WILLIAMS, et al.,

    Defendants.
                                             /

**ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL**

Pending before the Court are Jennifer Herndon, David A. Lane, Lucas E. Phillips, Jr., and Michael O. Sheehan's motions to withdraw as counsel. Because the Government will not seek the death penalty, the court will grant the motions.

Defendants Rudolph Dalron Williams, Frank Pierce, Daryl Pierce, Derrick Young, and Clarence Jackson were charged in an indictment with a crime for which the authorized punishment was death. Pursuant to 18 U.S.C. § 3005, the court appointed Michael O. Sheehan to serve as learned counsel for Defendant Rudolph Dalron Williams, Robert Hill to serve as learned counsel for Defendant Frank Pierce, Lucas E. Phillips, Jr. to serve as learned counsel for Defendant Darryl Pierce, David A. Lane to serve as learned counsel for Defendant Derrick Young, and Jennifer Herndon to serve as learned counsel for Defendant Clarence Jackson. On August 5, 2009, the Government filed a notice of intent not to seek the death penalty. On August 19, 2009, a telephone conference was held, and the learned counsel advised the court that their further participation in the case was no longer necessary. After the telephone conference, the learned counsel filed the present motions to withdraw.

Based on the telephone conference, the court determines that defendants can be effectively represented by local counsel and that there are no extenuating circumstances that militate against reducing the number of counsel in this case. *See* Guidelines for the Administration of the Criminal Justice Act and Related Statutes 6.02(b)(2). Thus, the court will grant the motions to withdraw.

The court, however, did not receive a motion from Robert Hill, nor was Mr. Hill present at the telephone conference, even though he was given notice to appear. Accordingly,

IT IS ORDERED that Robert Hill show cause why he should remain as learned counsel for Defendant Frank Pierce or file a motion to withdraw by **September 21, 2009.**

IT IS FURTHER ORDERED that Lucas E. Phillips, Jr.'s "Application [for] Withdrawal of Second Counsel" [Dkt. # 137], Michael Sheehan's "Application, Petition, Request to Withdraw Appearance" [Dkt. # 138], David Lane's "Motion for Withdrawal of Attorney" [Dkt. # 140], and Jennifer Herndon's "Motion for Withdrawal of Attorney" [Dkt. #141] are GRANTED.

IT IS ALSO ORDERED that the learned counsel submit their final CJA vouchers for both themselves and experts by **October 23, 2009.**

  S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated: September 16, 2009

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 16, 2009, by electronic and/or ordinary mail.

                S/Lisa G. Wagner
                Case Manager and Deputy Clerk
                (313) 234-5522