**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 06-CR-20411

RUDOLPH DALRON WILLIAMS, et al.,

    Defendants.
                                         /

**ORDER SETTING SENTENCING DATES**

The court conducted a status conference on July 8, 2010, to set a schedule for the sentencing proceedings in this case. Counsel for the Government and Defendants conferred and recommended a schedule to the court. In accordance with counsel's recommendations, the court devised the following schedule.

**A. Evidentiary Hearing**

The court will conduct an evidentiary hearing on **September 30, 2010, at 9:00 a.m.** Counsel for Defendant Derrick Young indicated that he may file motions in anticipation of the evidentiary hearing. All motions with respect to the evidentiary hearing must be filed on or before **August 23, 2010**.

**B. Derrick Young**

The court will conduct a sentencing hearing for Derrick Young on **October 14, 2010, at 2:00 p.m.** Derrick Young's sentencing memorandum is due on or before **October 7, 2010**. The Government's response, if any, must be filed on or before **October 12, 2010**.

### C. Rudolph Williams

The court will conduct a sentencing hearing for Rudolph Williams on **November 2, 2010, at 10:00 a.m.** Rudolph Williams's sentencing memorandum is due on or before **October 26, 2010**. The Government's response, if any, must be filed on or before **October 29, 2010**.

### D. Frank Pierce

The court will conduct a sentencing hearing for Frank Pierce on **November 2, 2010, at 2:00 p.m.** Frank Pierce's sentencing memorandum is due on or before **October 26, 2010**. The Government's response, if any, must be filed on or before **October 29, 2010**.

### E. Darryl Pierce

The court will conduct sentencing hearing for Darryl Pierce on **November 4, 2010, at 10:00 a.m.** Darryl Pierce's sentencing memorandum is due on or before **October 28, 2010**. The Government's response, if any, must be filed on or before **November 2, 2010**.

### F. Clarence Jackson

The court will conduct sentencing hearing for Clarence Jackson on **November 4, 2010, at 2:00 p.m.** Clarence Jackson's sentencing memorandum is due on or before **October 28, 2010**. The Government's response, if any, must be filed on or before **November 2, 2010**.

IT IS SO ORDERED.

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: July 9, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 9, 2010, by electronic and/or ordinary mail.

                                               S/Lisa G. Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522