Case 2:06-cr-20411-RHC-SDP   ECF No. 325   filed 08/13/20   PageID.1589   Page 1 of 1

MIED 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to The First Step Act of 2018   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
RUDOLPH WILLIAMS

Case No: 06-20411-1
USM No: 40674-039

Date of Original Judgment: 2/10/2011
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se Rudolph Williams
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of  ☑ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court   ☐ stipulation of the parties for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The remainder of the original sentence is unchanged.

Mr. Williams's guideline range was ultimately calculated under the provisions of 18:USC:§924(j)(1) and §2A1.1, First Degree Murder; therefore he is not eligible for a reduction of sentence.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 12, 2020

s/Robert H. Cleland
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Robert H. Cleland, U.S. District Judge
*Printed name and title*