UNITEDSTATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                              Criminal No. 06-cr-20411

                              Honorable Robert H. Cleland

v.

Rudolph Dalron Williams,

    Defendant.

_____/

## **ORDER TO SEAL GOVERNMENT EXHIBIT**

The government having moved to seal the government's exhibit in the United States' Response Opposing the Defendant's Motion for Compassionate Release, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the government's exhibit in the United States' Response Opposing the Defendant's Motion for Compassionate Release, be sealed until further Order of this Court.

                                                s/Robert H. Cleland
                                                Robert H. Cleland
                                                United States District Judge

Dated: September 1, 2020